# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

### CLARKSBURG DIVISION

APRIL J. WESTFALL,

        Plaintiff,

v.                              CIVIL ACTION NO. 1:05-cv-00118

KENDLE INTERNATIONAL, CPU, LLC, et al.,

        Defendants.

### ORDER

Pending before the court is the plaintiff's motion to seal five "Consents to Join Collective Action." The consents belonging to Trevor Glenn, Jennifer Graziani, Brandy Johnson-Quintana, Aaron Caleb Stuck, and Susan Walls (Docket 182 and 184) contain sensitive personal information including social security numbers. For good cause shown, this motion is **GRANTED.** The plaintiff is further **DIRECTED** to redact the sensitive information from the consents and to refile the consents. The court **DIRECTS** the Clerk to seal these records and to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      August 3, 2007

                                      _____
                                      Joseph R. Goodwin, Chief Judge