IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

APRIL J. WESTFALL, on behalf of
herself and others similarly situated,

    Plaintiffs,

v.                                      CIVIL ACTION NO. 1:05-CV-118
                                          Judge Joseph R. Goodwin

KENDLE INTERNATIONAL, CPU, LLC, *et al.*,

    Defendants.

### ORDER REGARDING PLAINTIFF'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE HER
### RESPONSE TO DEFENDANTS' MOTION TO DECERTIFY

Pending before the Court is "Plaintiff's Motion for Extension of Time to File Her Response to Defendants' Motion to Decertify." For good cause shown, the Court **GRANTS** plaintiff's Motion, and her Response, previously due on February 15, 2008, is **EXTENDED** to **February 25, 2008.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                          ENTER:  February 13, 2008

                                          Joseph R. Goodwin, Chief Judge