IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

APRIL J. WESTFALL, on behalf of
herself and others similarly situated,

    Plaintiffs,

v.                                                                                         CIVIL ACTION NO. 1:05-CV-118
                                                                                          Judge Joseph R. Goodwin

KENDLE INTERNATIONAL, CPU, LLC, *et al.*,

    Defendants.

**ORDER REGARDING PLAINTIFF'S MOTION TO EXCEED PAGE LIMIT
ON PLAINTIFF'S RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION TO DECERTIFY**

Pending before the Court is "Plaintiffs' Motion to Exceed Page Limit on Plaintiff's Response in Opposition to Defendants' Motion to Decertify." For good cause shown, the Court **GRANTS** plaintiff's Motion, and her Response may exceed the twenty-five page limit set by L.R. Civ. P. 7.02(b).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                                   ENTER: March 3, 2008

                                                   Joseph R. Goodwin, Chief Judge