UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

| | |
|---|---|
| APRIL J. WESTFALL, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiffs, | ) CASE NO. 1:05 cv 118 ) |
| -v- | ) ) |
| KENDLE INTERNATIONAL CPU LLC, et al., | ) JUDGE: GOODWIN ) ) |
| Defendants. | ) ) ) |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION TO DECERTIFY

Pending before the Court is "Defendants' Unopposed Motion for Extension of Time to File Defendants' Reply Memorandum in Support of Their Motion to Decertify." For good cause shown, the Court **GRANTS** Defendants' Motion, and their Reply Memorandum, previously due on March 10, 2008, is **EXTENDED** to March 17, 2008.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: March 6, 2008

Joseph R. Goodwin, Chief Judge

2408787.1